DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG (SBN 85122)
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 394-7139

Attorneys for Defendants
ALI KIANFAR, NAHID ANGHA (sued erroneously herein
as Nahid Kianfar), and INTERNATIONAL ASSOCIATION OF SUFISM

FILED
JUN 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPIES MAILED TO
PARTIES OF RECORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKTAB TARIGHE OVEYSSHI SHAH MAGHSOUDI and NADER ANGHA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALI KIANFAR, NAHID KIANFAR, and INTERNATIONAL ASSOCIATION OF SUFISM,<br><br>Defendants. | Case No.: C95 2881 DLJ<br><br>**STIPULATION OF THE PARTIES TO VACATE JUNE 15, 2007 CASE MANAGEMENT PENDING CONCLUSION OF SETTLEMENT DISCUSSIONS** |

The parties through their respective counsel report that they are engaged, once more, in settlement discussions. For that reason, they have held off commencing non-expert discovery, in the mutual belief that active discovery, once commenced, will destroy any chance of resolution. They therefore stipulate and agree that the June 15, 2007 Case Management Conference should be vacated and reset to August 17, 2007, although they will use their best efforts to conclude all necessary discussions within 30 days. The parties are aware of, and thank this Court and its staff for their uncommon patience in granting the parties sufficient time to explore resolution of this matter. The

PAGE 1 - STIPULATION OF THE PARTIES TO VACATE AND RESET JUNE 15, 2007 CMC DISCUSSIONS

1  parties agree to submit a detailed discovery plan for Order with their Case Management
2  Statement to be filed on or before August 7, 2007.

3                                          Respectfully submitted,

5  Dated: June 14, 2007              BARNES & THORNBURG
                                     JOSEPH D. LEWIS, ESQ.

7                                    By: _____
8                                    Attorneys for Plaintiffs
                                     MAKTAB TARIGHE OVEYSSI SHAH
9                                    MAGHSOUDI and NADER ANGHA

11                                   HARVEY, SISKIND, JACOBS, LLP
                                     D. PETER HARVEY, ESQ.
                                     Attorneys for Plaintiffs
12                                   MAKTAB TARIGHE OVEYSSI SHAH
                                     MAGHSOUDI and NADER ANGHA

15                                   SCHONBRUN, DESIMONE,
                                     SEPLOW, HARRIS & HOFFMAN
                                     PAUL L. HOFFMAN, ESQ.
16                                   Attorneys for Plaintiffs
                                     MAKTAB TARIGHE OVEYSSI SHAH
17                                   MAGHSOUDI and NADER ANGHA

18  ///
19  ///
20  ///
21  Dated: June 14, 2007              DILLINGHAM & MURPHY, LLP
                                     JOHN N. DAHLBERG, ESQ.

24  IT IS SO ORDERED.                 By: _____
                                     Attorneys for Defendants
25                                   ALI KIANFAR, NAHID ANGHA and
                                     INTERNATIONAL ASSOCIATION OF SUFISM
26  _____
    U.S. DISTRICT JUDGE
27  June 14, 2007
        DATE
28

PAGE 2 - STIPULATION OF THE PARTIES TO VACATE AND RESET JUNE 15, 2007 CMC
DISCUSSIONS

## PROOF OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On June 14, 2007, I served the following document on the party listed below:

**STIPULATION OF THE PARTIES TO VACATE JUNE 15, 2007 CASE MANAGEMENT PENDING CONCLUSION OF SETTLEMENT DISCUSSIONS**

**XX**    **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☐    **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed in a sealed envelope, to be personally delivered on the date indicated below.

☐    **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐    **(BY FAX AND BY MAIL)** By sending a true copy thereof by facsimile machine to the number listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

Joseph D. Lewis, Esq.
BARNES & THORNBURG
750 17th Street, NW
Washington, DC 20006
(202) 289-1313
(202) 289-1330

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 14, 2007, at San Francisco, California.

Mardoux Graff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAKTAB TARIGHE OVEYSSHI SHAH MAGSOUDI INC. AND NADER ANGHA,

Plaintiff,

v.

ALI KIANFAR, NAHID ANGHA(sued erroneously herein as Nahid Kianfar, AND INTERNATIONAL ASSOCIATION OF SUFISM,

Defendant.
_____/

Case Number: CV95-02881 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin P. Lamberton
Hewes Morella Gelband & Lamberton
1000 Potomac Street, N.W.
Suite 300
Washington, DC 20007

D. Peter Harvey
Harvey Siskind LLP
Four Embarcadero Center
39th Floor
San Francisco, CA 94111

John N. Dahlberg
Dillingham & Murphy
225 Bush St 6th Flr
San Francisco, CA 94104-4207

Joseph D. Lewis
Barnes & Thornburg
750 17th Street, NW
Washington, DC 20006


Paul L. Hoffman
Schonbrun, Desimone, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291

Dated: June 14, 2007

                              Richard W. Wieking, Clerk

                              *Frances Stone*

                              By: Frances Stone, Deputy Clerk