DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG (SBN 85122)
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 394-7139

Attorneys for Defendants
ALI KIANFAR, NAHID ANGHA (sued erroneously herein as Nahid Kianfar), and INTERNATIONAL ASSOCIATION OF SUFISM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKTAB TARIGHE OVEYSSHI SHAH MAGHSOUDI and NADER ANGHA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALI KIANFAR, NAHID KIANFAR, and INTERNATIONAL ASSOCIATION OF SUFISM,<br><br>Defendants. | Case No.: C95 2881 DLJ<br><br>**STIPULATION OF THE PARTIES TO CONTINUE STATUS CONFERENCE**<br>AND ORDER |

The parties through their respective counsel stipulate and agree to continue the status conference which had been set for January 25, 2008 to February 8, 2008 at 1:30 pm. -by telephone, the Court will initiate the call.

Dated: January 15, 2008

BARNES & THORNBURG
JOSEPH D. LEWIS, ESQ.

By: /s/
Attorneys for Plaintiffs
MAKTAB TARIGHE OVEYSSI SHAH MAGHSOUDI and NADER ANGHA

HARVEY, SISKIND, JACOBS, LLP
D. PETER HARVEY, ESQ.
Attorneys for Plaintiffs
MAKTAB TARIGHE OVEYSSI SHAH
MAGHSOUDI, INC. and NADER ANGHA

SCHONBRUN, DESIMONE,
SEPLOW, HARRIS & HOFFMAN
PAUL L. HOFFMAN, ESQ.
Attorneys for Plaintiffs
MAKTAB TARIGHE OVEYSSI SHAH
MAGHSOUDI, INC. and NADER ANGHA

Dated: January 15, 2008

DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG, ESQ.

By: _____
Attorneys for Defendants
ALI KIANFAR, NAHID ANGHA and
INTERNATIONAL ASSOCIATION OF SUFISM

DATE: January 22, 2008            IT IS SO ORDERED

D. Lowell Jensen
United States District Judge

IT IS SO ORDERED
Judge D. Lowell Jensen