IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maktab Tarighe Oveysshi Shah Magsoudi and Nader Angha,<br><br>     Plaintiff,<br><br>  v.<br><br>Alia Kianfar, Nahid Kianfar and International Association of Sufism,<br><br>     Defendant. | No. C-95-2881-DLJ<br><br>**ORDER** |

On February 8, 2008 a Status Conference by telephone was held in the above entitled case. Joseph Lewis appeared by telephone on behalf of plaintiffs, and John Dahlberg appeared by telephone on behalf of defendants.

Discovery for all purposes will commence on April 15, 2008. A Status Conference by telephone will be held on Friday, June 13, 2008 at 1:30pm. The Court will initiate the call.

**IT IS SO ORDERED.**

Dated: February 12, 2008

_____
D. Lowell Jensen
UNITED STATES DISTRICT JUDGE