```
MAKTAB TARIGHE OVEYSSI SHAH    )
MAGHSOUDI, INC. and NADER      )
ANGHA,                         )
                               )
            Plaintiffs,        )    No. C-95-2881 DLJ
                               )
       v.                      )    ORDER
                               )
ALI KIANFAR, NAHID KIANFAR,    )
and INTERNATIONAL ASSOCIATION  )
OF SUFISM, INC.,               )
                               )
            Defendants.        )
_____)
```

The Court has reviewed the joint case management statement submitted by the parties on June 23, 2009. In light the ongoing settlement negotiations described by the parties, the telephonic case management conference currently scheduled for June 26, 2009 is hereby VACATED, and the parties are ORDERED to appear telephonically for a further case management conference on September 11, 2009 at 1:30 pm.

IT IS SO ORDERED

Dated: June 24, 2009

_____
D. Lowell Jensen
United States District Judge