# BARNES & THORNBURG LLP

http://www.btlaw.com

1717 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20006-4623

Switchboard: (202) 289-1313
Fax: (202) 289-1330

Joseph D. Lewis

E-mail: joe.lewis@btlaw.com

**VIA ECF**

November 6, 2015

Chief District Judge Phyllis J. Hamilton
United States District Court
 Northern District of California
Oakland Courthouse, Courtroom 3 - 3rd Floor
1301 Clay Street, Oakland, CA 94612

      Re:    Maktab Tarighe, et al v. Ali Kianfar, et al
              U.S.D.C. for the Northern District of California
              Case No.:    4:95-cv-02881-PJH
              Our File:     718-35347-3

Your Honor:

      Under the Court's Order dated August 12, 2015 (Docket No. 158), the non-expert discovery cutoff in the captioned matter is November 30, 2015.  Pursuant to Local Rules 7-11 and 7-12, the parties hereby jointly request that this deadline be extended fifteen (15) days, to and including December 15, 2015.

      Good cause supports this joint request.  *First*, the extension will grant the parties the opportunity to advance a recent and productive line of settlement discussions without the burden of completing non-expert discovery simultaneously.  The parties for many years have been unable to agree as to what they can and cannot do with regard to possible future actions about the trademarks at issue.  Through the work of counsel, including personal counsel for the defendants, they have come to terms on this set of issues.  The only remaining issue is financial, and that is in the hands of the defendants' carrier.  *Second*, the extension will not affect the overall case schedule delineated in the Court's December 9, 2014 Case Management Order (Docket No. 133).  Pursuant to that Order, expert disclosures are not due until January 15, 2016, a month after the new non-expert cutoff proposed here.  *Third*, this 15-day extension is narrowly tailored to meet the needs of the parties and to address any scheduling difficulties created by the approaching Thanksgiving holiday.

**Atlanta   Chicago   Dallas   Delaware   Indiana   Los Angeles   Michigan   Minneapolis   Ohio   Washington, D.C.**

Chief District Judge Phyllis J. Hamilton
November 6, 2015

      For the foregoing reasons, the parties respectfully jointly request a fifteen (15) day extension of the non-expert discovery cutoff to and including December 15, 2015.

                              Respectfully submitted,

                              BARNES & THORNBURG
                              JOSEPH D. LEWIS


By:      /s/
                    Joseph D. Lewis

Counsel for Plaintiffs
MAKTAB TARIGHE
OVEYSSI MAGHSOUDI, INC.
AND NADER ANGHA


DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG

By:      /s/
                    John N. Dahlberg

Counsel for Defendants
ALI KIANFAR, NAHID KIANFAR, AND
INTERNATIONAL ASSOCIATION OF SUFISM

      I, Joseph D. Lewis, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5.1, I hereby attest that counsel for defendants has concurred in this filing.

                        /s/
                    Joseph D. Lewis

The parties' request to extend the non-expert discovery cutoff from November 30, 2015 to December 15, 2015 is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2015

The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED* (stamp, signed by Judge Phyllis J. Hamilton, United States District Court, Northern District of California)