| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | John N. Dahlberg (SBN 85122) |
| 2 | Email: jnd@dillinghammurphy.com |
| | 601 California, 6th Floor |
| 3 | San Francisco, CA 94108 |
| | Phone: (415) 397-2700 |
| 4 | Fax No.: (415) 397-3300 |
| 5 | Attorneys for Defendants |
| 6 | **HARVEY SISKIND LLP** |
| | D. PETER HARVEY (SBN 55712) |
| 7 | Email: pharvey@harveysiskind.com |
| | KATE W. MCKNIGHT (SBN 264197) |
| 8 | Email: kmcknight@harveysiskind.com |
| | 4 Embarcadero Center, 39th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 354-0100 |
| 10 | Facsimile: (415) 391-7124 |
| 11 | **BARNES & THORNBURG LLP** |
| | Joseph D. Lewis (admitted *pro hac vice*) |
| 12 | Email: joe.lewis@btlaw.com |
| | 1717 Pennsylvania Avenue, NW |
| 13 | Washington, DC 20006 |
| | Telephone: (202) 289-1313 |
| 14 | Facsimile: (202) 289-1330 |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKTAB TARIGHAT OVEYSSI SHAHMAGHSOUDI (SCHOOL OF ISLAMIC SUFUSM) and MTO SHAHMAGHSOUDI (SCHOOL OF ISLAMIC SUFISM) GLOBAL, INC., | Case No. 95-cv-02881-PJH |
| | **JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND ORDER** |
| Plaintiffs, | |
| v. | |
| ALI KIANFAR, NAHID KIANFAR, and INTERNATIONAL ASSOCIATION OF SUFISM, | |
| Defendants. | |

Case No. 95-CV-02881-PJH
PAGE 1 - Joint Stipulation and Notice of Voluntary Dismissal

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties and their counsel hereby stipulate and give notice that the above-captioned action is voluntarily dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated: November 30, 2015

**BARNES & THORNBURG LLP**
Joseph D. Lewis, Esq.

By: _____/s/_____
Attorneys for Plaintiffs

Dated: November 30, 2015

**DILLINGHAM & MURPHY, LLP**
John N. Dahlberg

By: _____/s/_____
Attorneys for Defendants

Joseph D. Lewis does hereby attest that concurrence in the filing of this document has been obtained from John N. Dahlberg, attorney for the defendants.

_____/s/_____
Joseph D. Lewis

DMS JYL 2191055v1

Date: November 30, 2015

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
Honorable Phyllis J. Hamilton
United States District Judge

Case No.  95-CV-02881-PJH
PAGE 2 - Joint Stipulation and Notice of Voluntary Dismissal